1
2
3   JS-6
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>v.<br><br>PNS Stores, Inc. dba Big Lots #4316, et al.,<br><br>    Defendants. | Case No. EDCV14-00435 VAP (SPx)<br><br>**Order re: Joint Stipulation<br>for Dismissal** |

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant PNS Stores, Inc.,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: August 25, 2014

                                */s/ Virginia A. Phillips*
                                United States District Judge